UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

MARVIN MINOTT,

                Defendant.

------------------------------------------------------------------ x

21-CR-702 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A telephone arraignment is set for **December 3, 2021** at **10:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
            November 19, 2021

                                            ANDREW L. CARTER, JR.
                                            United States District Judge