UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-1-22

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

MARVIN MINOTT,

                Defendant.

-----------------------------------------------------------x

21-CR-702 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Telephone Status Conference is set for **April 5, 2022** at **3:00 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

SO ORDERED.

Dated:    New York, New York
           April 1, 2022

                                  ANDREW L. CARTER, JR.
                                  United States District Judge