**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2022

**BY ECF**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/22/22
```

Re: *United States v. Marvin Minott*, 21 Cr. 702 (ALC)

Dear Judge Carter,

    The parties in the above-captioned case are scheduled to appear before this Court for a status conference today, September 22, 2022, at 3:30 p.m. However, the parties understand that the defendant refused to be transported to court this morning. The parties write to respectfully request an adjournment of the conference to reconvene with the defendant present, and propose proceeding on Tuesday, October 4, 2022, or in the morning on Tuesday, Wednesday, or Thursday, October 11 through 13, 2022.

    The Government also requests the exclusion of time in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7) until the adjourned date set by the Court. The interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because an exclusion will allow defense counsel to confer with the defendant regarding his refusal to appear, and to continue discussions regarding a potential resolution of this case. The Government has conferred with defense counsel, who consents to the exclusion on behalf of the defendant.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

cc: Esere Onaodowan, Esq., by ECF

The application is **GRANTED.** Status Conference adjourned to 10/11/22 at 11:30 a.m. Time excluded from 9/22/22 to 10/11/22 in the interest of justice. So Ordered.  *Andrew L. Carter*  9/22/22