```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-28-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                           **Plaintiff,**

      -against-                                21-CR-702 (ALC)

                                               **ORDER**
MARVIN MINOTT,

                          **Defendant.**

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for October 11, 2022 is adjourned to **3:00 p.m.**

**SO ORDERED.**

Dated:     New York, New York
             September 28, 2022

                                            _/s/ Andrew L. Carter, Jr._
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**