USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **12-6-22**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                         Plaintiff,

      -against-                              21-CR-702 (ALC)

MARVIN MINOTT,                           **ORDER**

                       Defendant.

------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

      The Final Pre-Trial Conference set for December 8, 2022 is ADJOURNED without a date.

**SO ORDERED.**

Dated:      New York, New York
              December 6, 2022

                                                */s/ Andrew L. Carter, Jr.*
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**