USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/7/22_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -against-

MARVIN MINOTT,

-------------------------------------------------------X

21 Cr. 702 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The parties shall file a joint status report on December 19, 2022.

SO ORDERED.

Dated: New York, New York
        December 7, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE