**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2022

**BY ECF**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/19/22__

  Re: *United States v. Marvin Minott*, 21 Cr. 702 (ALC)

Dear Judge Carter,

   The parties write respectfully to provide a joint status report and proposed schedule in the above-referenced case, pursuant to the Court's Order dated December 7, 2022 (Dkt. 38). The parties have conferred and intend to proceed to trial as scheduled on January 30, 2023. In addition, the parties jointly propose the following schedule in advance of trial:

- January 13, 2023: Supplemental motions *in limine*, if any
- January 18, 2023: Responses to all motions *in limine*
- January 23, 2023 (morning): Final pre-trial conference

Finally, the Government anticipates that trial would last approximately one week.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

                by: _____
                    Lisa Daniels/Jeffrey Coyle
                    Assistant United States Attorneys
                    (212) 637-2955/2437

cc: Esere Onaodowan, Esq., by ECF

The proposed motion schedule is adopted. A Final Pre-Trial Conference is sheduled for 1/24/22 at 3:00 p.m.
So Ordered.

*[Signed]* 12/19/22