

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.766.1662   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.766.8113   c 917.238.9332

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 26, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

                        ORDER
                        21 Cr 702 (ALC)

    v.

MARVIN MINOTT,

       Defendant.

------------------------------------------------------X

      Upon the application of Esere J. Onaodowan, Esq. Counsel for the above-named defendant, MARVIN MINOTT, it being apparent that MR. MINOTT is in need of appropriate clothing for trial:

      IT IS HEREBY ORDERED that the U.S. MARSHALS SERVICE, SDNY and ESSEX COUNTY CORRECTIONAL FACILITY accept clothing on behalf of MR. MARVIN MINOTT and keep that clothing available to him so that he can wear it for trial beginning, Monday, January 30, 2023. Clothing worn will consist of:

(1) 1 pinstriped black suit, (2) 3 shirts, (3) 1 pair of white socks (6) 1 pair of shoes leather shoes and (7) one leather belt.

      IT IS FURTHER ORDERED that the U.S. MARSHALS SERVICE, SDNY, and ESSEX COUNTY JAIL shall return said clothes and accept the same number of replacement clothing items as needed during the trial.

SO ORDERED.

Jan. 26, 2023
_____
DATE

                                                     _/s/ Andrew L. Carter, Jr._
                                                 HON. ANDREW L. CARTER, JR.
                                                 U.S. DISTRICT COURT JUDGE