```
                                             USDC SDNY
                                             DOCUMENT
                                             ELECTRONICALLY FILED
                                             DOC#: _____
                                             DATE FILED: 1-26-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                          Plaintiff,

          -against-                        21-CR-702 (ALC)

MARVIN MINOTT,                         <u>ORDER</u>

                        Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A video Status Conference is set for **January 27, 2023** at **1:00 p.m.** Members of the public and the press may attend the sentencing by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 678838589#.

**SO ORDERED.**

Dated:     New York, New York
            January 26, 2023

                                                  _____
                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge