```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/1/23__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

**UNITED STATES OF AMERICA,**

                 **Plaintiff,**

         -against-

**MARVIN MINOTT,**

                 **Defendant.**

------------------------------------------------------------------ x

**21-CR-702 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A video Status Conference is set for **February 2, 2023** at **11:00 a.m.**

Members of the public and the press may attend the status conference by dialing the Audio-only line; 1-646-453-4442, once prompted, should dial the phone conference ID: 189030004#.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **February 1, 2023**

                                                   _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**