UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :         ORDER
                                    :
Marvin Minott                       :
                                    :         21-CR-702 (ALC)
                                    :         Docket #
                                    :
------------------------------------x


Andrew L. Carter, Jr.
_____, DISTRICT JUDGE:
     Judge's Name

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/2/23

The C.J.A. attorney assigned to this case

Esereosonobrughue Onaodowan
_____ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

                        Sarah Sacks
matter is assigned to _____, NUNC-PRO-TUNC _____.
                           Attorney's Name

                         SO ORDERED.

                         /s/ Andrew L. Carter
                         _____
                         UNITED STATES DISTRICT JUDGE


Dated:  New York, New York