```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/6/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                                   :
UNITED STATES OF AMERICA             :   **ORDER**
                                                   :
                                                   :   21 Cr. 702 (ALC)
                  -v.-                     :
                                                 :
MARVIN MINOTT,                       :
                                                 :
                  Defendant.         :
                                                 :
------------------------------------- X

Andrew L. Carter, Jr.:

       University Hospital, Newark, NJ is directed to produce any and all medical records related the defendant, MARVIN MINOTT, in the above-captioned case for the period of January 1, 2023 through the date of this order. University Hospital shall produce the records to Assistant United States Attorneys Lisa Daniels, Jeffrey W. Coyle, and Kyle A. Wirshba, and to counsel for the defendant, Sarah M. Sacks, Esq. and David S. Greenfield, Esq.

SO ORDERED.

Dated: New York, New York
       March 2, 2023

                                            _____
                                            THE HONORABLE ANDREW J. CARTER, JR.
                                            UNITED STATES DISTRICT JUDGE