USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-5-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,                         21 Cr. 702 (ALC)

**ORDER**

-against-

Marvin Minott,

        Defendants.,
----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    The March 31, 2023 status conference is adjourned to **April 12, 2023** at **2:00 p.m.**

    It is ORDERED: the time from March 31, 2023 through April 12, 2023 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       March 31, 2023

                                ANDREW L. CARTER, JR.
                                UNITED STATES DISTRICT JUDGE