```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                  :
                                           :
                    Plaintiff,             :
                                           :   21 CR 702 (ALC)
        -against-                          :
                                           :   ORDER
MARVIN MINOTT,                             :
                                           :
                    Defendant.             :
                                           :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-5-23

ANDREW L. CARTER, JR., District Judge:

A Status Conference is set for **June 13, 2023** at **4:15 p.m.**

SO ORDERED.

Dated:    New York, New York
          June 5, 2023

_____
ANDREW L. CARTER, JR.
United States District Judge