USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6-16-23__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

MARVIN MINOTT,

Defendant.

21 CR. 702 (ALC)
ORDER OF PSYCHIATRIC OR
PSYCHOLOGICAL EXAMINATION
AND REPORT

    IT IS HEREBY ORDERED that the Bureau of Prisons (BOP) is to have a licensed psychologist or psychiatrist conduct an examination of defendant Marvin Minott, Registration number 65417-509, pursuant to Title 18, United States Code, Section 4241(b), in order to determine whether the defendant is suffering from any mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

    IT IS FURTHER ORDERED that the BOP commence the evaluation of the defendant within 30 days;

    IT IS FURTHER ORDERED that at the conclusion of the examination, the psychologist or psychiatrist will prepare a report of the defendant's mental condition in order to assist the Court and counsel in the determination of whether there is reasonable cause to believe the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and

IT IS FURTHER ORDERED that the BOP report the results of its psychological evaluation to the Court within a reasonable period of time following the conclusion of the evaluation.

SO ORDERED:

Dated:  June 16, 2023
        New York, New York

_____
HON. ANDREW L. CARTER, Jr.
United States District Judge