**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2023

**BY ECF and EMAIL**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/24/23

Re: *United States v. Marvin Minott*, 21 Cr. 702 (ALC)

Dear Judge Carter,

    The Government writes respectfully regarding the status of the competency evaluation in the above-referenced case. The Government understands from Dr. Ryan Nybo that he has not yet completed his report of the competency evaluation. Dr. Nybo informed the Government that he met with the defendant for a total of two hours[1]; the defendant did not agree to further evaluation. The parties are working to provide additional records to Dr. Nybo for his review and consideration in preparing the report. The Government understands that Dr. Nybo does not anticipate completing the report before early to mid-November, and that receipt and review of additional documents may require additional time.

    In light of the foregoing, the Government respectfully requests that the Court schedule a control date in early December 2023, and that the Court exclude time under 18 U.S.C. § 3161(h)(1)(A) through that date. The Government has conferred with defense counsel and understands that the defense has no objection to these requests.

The application is **GRANTED**. Status conference set for 12/5/23 at 4:00 p.m. Time excluded from 10/17/23 to 12/5/23 in the interest of justice. So Ordered.

*/s/ Andrew L. Carter*
10/24/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Lisa Daniels*
Lisa Daniels / Jeffrey Coyle
Assistant United States Attorneys
(212) 637-2955 / 2437

cc: Sarah Sacks, Esq., by Email

---

[1] Dr. Nybo stated that he typically meets with defendants for 5 to 10 hours over the course of an evaluation.