USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/19/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

    **-against-**　　　　　　　　　　　　　　　　**21-cr-00702 (ALC)**

**MINOTT,**　　　　　　　　　　　　　　　　　　　　　**ORDER**

    **Defendant.**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Defendant's December 21, 2023 motion to dismiss at ECF No. 76. The Government is hereby **ORDERED** to file a response to Defendant's motion by February 2, 2024.

**SO ORDERED.**

**Dated:**　**January 19, 2024**
　　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Carter*
　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**