USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-1-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

MARVIN MINOTT,

                    Defendant.

------------------------------------------------------------ x

21 CR 702 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **February 6, 2024** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           February 1, 2024

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**