USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___7/17/24___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,               :
                                        :
                          Plaintiff,    :
                                        :       21-CR-702 (ALC)
            -against-                   :
                                        :       **ORDER**
MARVIN MINOTT,                          :
                                        :
                          Defendant.    :
                                        :
------------------------------------------------------------------ :
                                        x

**ANDREW L. CARTER, JR., District Judge:**

      Sentencing set for **August 8, 2024, at** 11**:00 a.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
             **July 17, 2024**

                          **ANDREW L. CARTER, JR.**
                          **United States District Judge**